# ATTACHMENT 1

Keely E. Duke (ID State Bar No. 6044)
**DUKE EVETT PLLC**
1087 W. River Street, Suite 300
Boise, ID 83702
Telephone: (208) 342-3310
Facsimile: (208) 342-3299
Email: ked@dukeevett.com

Brandon S. Reif (*admitted pro hac vice*)
Rachel D. Dardashti (*admitted pro hac vice*)
**REIF LAW GROUP, P.C.**
315 S. Beverly Drive, Suite 315
Beverly Hills, CA 90212
Telephone: (310) 494-6500
Email: docket@reiflawgroup.com
breif@reiflawgroup.com
rdardashti@reiflawgroup.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| DANA KYLE DEVLIN, an individual; HILDA ARLINE DEVLIN, an individual; ESTATE OF LILLIAN PHILLIPS, BY NANCY MULICK, PERSONAL REPRESENTATIVE, an individual; SCOTT CORWIN, an individual; ANNA CORWIN, an individual; CANYON TREE REVOCABLE TRUST DATED FEB. 13, 2015, SCOTT M. CORWIN AND ANNA M. CORWIN, TRUSTEES a Wyoming trust; MARK D. HARRINGTON, an individual; MARK D. HARRINGTON LLC, a New Jersey limited liability company; MARK DAVID HARRINGTON LLC, a New Jersey limited liability company; MARK HARRINGTON LLC, a New Jersey limited liability company; M. HARRINGTON LLC, a New Jersey limited liability company, <br><br>  Plaintiff, <br><br>    vs. | CASE NO.: 1:24-cv-00457-DCN <br><br> **PLAINTIFFS' FIRST AMENDED COMPLAINT** |

COLLIERS INTERNATIONAL GROUP, INC., a Canadian corporation; MILLCREEK COMMERCIAL PROPERTIES, LLC, a Utah limited liability company; MILLROCK INVESTMENT FUND 1, LLC, a Utah limited liability company; KGL ADVISORS, LLC, a Utah limited liability company; KEVIN LONG, an individual; BRENT SMITH, an individual; ANDREW BELL, an individual; CONNIE L. GREENAWALT, an individual; EASTERN STARKER 1031 EXCHANGE LLC, a Pennsylvania limited liability company; SCOTT RUTHERFORD, an individual; ELEVATED 1031 EXCHANGE; RENEE RAYMES, an individual; COMMERCIAL BROKER CONNECT REAL ESTATE CORP, an Idaho corporation; MARY STREET, an individual; CAMS REALTY, LLC, a Utah limited liability company; and DOES 1-10, inclusive;

        Defendants.