# ATTACHMENT 2

**ATTACHMENT 2 TO SUMMONS IN A CIVIL ACTION**

To: (Defendants' names and addresses) (continued)

MILLCREEK COMMERCIAL PROPERTIES, LLC, a Utah limited liability company
1064 S. North County Blvd., Suite 350
Pleasant Grove, UT 84062

MILLROCK INVESTMENT FUND 1, LLC, a Utah limited liability company
c/o agent for service of process, Brent Smith
3300 N. Triumph Blvd., Suite 100
Lehi, UT 84043

KGL ADVISORS, LLC, a Utah limited liability company
c/o/ agent for service of process, Kevin Long
149 N. 980 East
Lindon, UT 84042

KEVIN LONG, an individual
1064 S. North County Blvd., Suite 350
Pleasant Grove, UT 84062

BRENT SMITH, an individual
5047 W. Burntside Ave.
South Jordan, UT 84009

ANDREW BELL, an individual
1938 N. Patchwork Ave., Unit 1103
Tooele, UT 84074

CONNIE L. GREENAWALT, an individual
920 Kunkle's Mill Road
Lewisberry, PA 17339

EASTERN STARKER 1031 EXCHANGE LLC, a Pennsylvania limited liability company
920 Kunkle's Mill Road
Lewisberry, PA 17339

SCOTT RUTHERFORD, an individual
714 N. 780 East
Lindon, UT 84042

ELEVATED 1031 EXCHANGE
714 N. 780 East
Lindon, UT 84042

RENEE RAYMES, an individual
11844 W. Chinden Ridge
Boise, ID 83714

| | |
|---|---|
| 1 | COMMERCIAL BROKER CONNECT REAL ESTATE CORP, an Idaho corporation |
| 2 | c/o registered agent for service of process, Renee Raymes<br>11844 W. Chinden Ridge |
| 3 | Boise, ID 83714 |
| 4 | MARY STREET, an individual<br>6535 N. 5750 West |
| 5 | American Fork, UT 84003 |
| 6 | CAMS REALTY, LLC, a Utah limited liability company<br>6535 N. 5750 West |
| 7 | American Fork, UT 84003 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |