Jeffery A. Balls (12427) (jballs@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840

*Attorneys for Millcreek Commercial Properties, LLC and Kevin Long*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANA KYLE DEVLIN, an individual; HILDA ARLINE DEVLIN, an individual; ESTATE OF LILLIAN PHILLIPS, BY NANCY MULICK, PERSONAL REPRESENTATIVE, an individual; SCOTT CORWIN, an individual; ANNA CORWIN, an individual; CANYON TREE REVOCABLE TRUST DATED FEB. 13, 2015, SCOTT M. CORWIN AND ANNA M. CORWIN, TRUSTEES, a Wyoming trust; MARK D. HARRINGTON, an individual; MARK D. HARRINGTON LLC, a New Jersey limited liability company; MARK DAVID HARRINGTON LLC, a New Jersey limited liability company; MARK HARRINGTON LLC, a New Jersey limited liability company; and M. HARRINGTON LLC, a New Jersey limited liability company,<br><br>        Plaintiffs,<br>   v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., a Canadian corporation; MILLCREEK COMMERCIAL PROPERTIES, LLC, a Utah limited liability company; KEVIN LONG, an individual; BRENT SMITH, an individual; ANDREW BELL, an individual; CONNIE L. GREENAWALT, an individual; EASTERN STARKER 1031 EXCHANGE LLC, a Pennsylvania limited liability company; SCOTT RUTHERFORD, an individual; ELEVATED 1031 EXCHANGE; RENEE | MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC<br><br><br><br><br><br>Civil No. 1:24-cv-00457-DCN<br><br>District Judge David C. Nye |

| | |
|---|---|
| RAYMES, an individual; COMMERCIAL BROKER CONNECT REAL ESTATE CORP, an Idaho corporation; MARY STREET, an individual; CAMS REALTY, LLC, a Utah limited liability company; and DOES 1-10, inclusive;<br><br>        Defendants. | |

Pursuant to Dist. Idaho Loc. Civ. R. 83.6(c), Jeffery A. Balls of the law firm Parr Brown Gee and Loveless hereby moves the Court for leave to withdraw as counsel for defendant Millcreek Commercial Properties, LLC ("Millcreek") (but **not** for defendant Kevin Long) in the above-captioned action.  Withdrawal is necessary because Millcreek has ceased operations.

Millcreek's last known contact information is as follows:

    Millcreek Commercial, LLC
    1064 S North County Blvd., Suite 350
    Pleasant Grove, UT 84062
    kevin@millcreekcommercial.com
    Telephone:  (385) 248-0613

Millcreek consents to the withdrawal.

There is a pending motion to dismiss in this case, and this case is in its early stages.  The undersigned attorney understands that a scheduling order has not yet been entered, and that no fact discovery has yet occurred in this case.

The undersigned attorney hereby certifies that this Motion is being filed with the Court and thereby served on all parties, and that a copy of this Motion is also concurrently being served on Millcreek by certified mail via the U.S. Postal Service at the address listed above.

A copy of a proposed order is attached hereto as Exhibit A.

DATED this 29th day of January, 2025.

                              PARR BROWN GEE & LOVELESS, P.C.

                          By: /s/ Jeffery A. Balls
                                Jeffery A. Balls
                                Attorneys for Millcreek Commercial Properties, LLC and Kevin Long

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2025 a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC was filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification to the following:

    Keely E. Duke
    ked@dukeevett.com
    DUKE EVETT PLLC
    1087 W River Street, Suite 300
    Boise, Idaho  83702

    Brandon S. Reif
    breif@reiflawgroup.com
    Rachel D. Dardashti
    rdardashti@reiflawgroup.com
    REIF LAW GROUP, P.C.
    315 S Beverly Drive, Suite 315
    Beverly Hills, California  90212

                                     /s/ Wendy V. Tuckett