UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANA KYLE DEVLIN, an individual; HILDA ARLINE DEVLIN, an individual; ESTATE OF LILLIAN PHILLIPS, BY NANCY MULICK, PERSONAL REPRESENTATIVE, an individual; SCOTT CORWIN, an individual; ANNA CORWIN, an individual; CANYON TREE REVOCABLE TRUST DATED FEB. 13, 2015, SCOTT M. CORWIN AND ANNA M. CORWIN, TRUSTEES, a Wyoming trust; MARK D. HARRINGTON, an individual; MARK D. HARRINGTON LLC, a New Jersey limited liability company; MARK DAVID HARRINGTON LLC, a New Jersey limited liability company; MARK HARRINGTON LLC, a New Jersey limited liability company; and M. HARRINGTON LLC, a New Jersey limited liability company,<br><br>        Plaintiffs,<br>  v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., a Canadian corporation; MILLCREEK COMMERCIAL PROPERTIES, LLC, a Utah limited liability company; KEVIN LONG, an individual; BRENT SMITH, an individual; ANDREW BELL, an individual; CONNIE L. GREENAWALT, an individual; EASTERN STARKER 1031 EXCHANGE LLC, a Pennsylvania limited liability company; SCOTT RUTHERFORD, an individual; ELEVATED 1031 EXCHANGE; RENEE RAYMES, an individual; COMMERCIAL BROKER CONNECT REAL ESTATE CORP, an Idaho corporation; MARY STREET, an individual; CAMS REALTY, LLC, a Utah limited liability company; and DOES 1-10, inclusive;<br><br>        Defendants. | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC<br><br><br><br>Civil No. 1:24-cv-00457-DCN<br><br>District Judge David C. Nye |

Pursuant to the Motion to Withdraw as Counsel for Defendant Millcreek Commercial Properties, LLC filed by Jeffery A. Balls of the law firm of Parr Brown Gee & Loveless, P.C., and pursuant to Dist. Idaho Loc. Civ. R. 83.6(c), the Court ORDERS that Jeffery A. Balls and the law firm of Parr Brown Gee & Loveless may withdraw, and he is hereby removed as counsel for defendant Millcreek Commercial Properties, LLC ("Millcreek") in this case.

With regard to Millcreek's continued representation in this case, the Court ORDERS as follows:

Jeffery A. Balls must continue to represent Millcreek until proof of service of the withdrawal order on Millcreek has been filed with the Court.

Millcreek will be allowed twenty-one days after the filing of the proof of service to advise the Court in writing in what manner Millcreek will be represented.

Because Millcreek is a company, Millcreek cannot appear in Court without being represented by an attorney in accordance with Dist. Idaho Loc. Civ. R. 83.4(d).

If Millcreek fails to appear in the action through a newly appointed attorney within such twenty-one day period, such failure will be sufficient grounds for the entry of a default against Millcreek without further notice.

BY THE COURT

_____
David C. Nye
United States District Judge