

## ENTITY INFORMATION

### ENTITY INFORMATION

| | | | |
|---|---|---|---|
| **Entity Name:** | MILLCREEK COMMERCIAL PROPERTIES, LLC | **Assumed Name:** | N/A |
| **Entity Type:** | Domestic Limited Liability Company | **Entity Number:** | 11469275-0160 |
| **Entity Subtype:** | Limited Liability Company | **Entity Status:** | Inactive |
| **Profession:** | N/A | **Entity Status Details:** | Voluntarily Dissolved |
| | | **Status Date:** | 02/01/2025 |
| **Formation Date:** | 09/26/2019 | **Renew By Date:** | N/A |
| **Formation Effective Date:** | 09/26/2019 | **Last Renewed Date:** | 08/14/2024 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| **Name:** | Kevin Long |
| **Registered Agent Type:** | Individual |
| **Street Address:** | 1333 VALLEY GROVE WAY, SUITE 275, PLEASANT GROVE, UT, 84062, USA |
| **Last Updated:** | 2/7/2025 10:33:34 AM |

### PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Manager | KGL REAL ESTATE DEVELOPMENT PLLC | 149 N 980 E, Lindon, UT, 84042, USA | 09/13/2024 |

Page 1 of 1, records 1 to 1 of 1

### ADDRESS INFORMATION

| | | | |
|---|---|---|---|
| **Physical Address:** | 1333 Valley Grove Way, Suite 275, PLEASANT GROVE, UT, 84062, USA | **Updated Date:** | 2/7/2025 10:33:34 AM |
| **Mailing Address:** | 1333 Valley Grove Way, Suite 275, PLEASANT GROVE, UT, 84062, USA | **Updated Date:** | 2/7/2025 10:33:34 AM |

### SERVICE OF PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Service of Process Name:** | MILLCREEK COMMERCIAL PROPERTIES, LLC | **Last Updated:** | 9/13/2024 8:42:59 PM: |
| **Service of Process Address:** | 1064 S NORTH COUNTY BLVD, SUITE 350, PLEASANT GROVE, UT, 84062, USA | | |