Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

---

## DECLARATION OF KEVIN LONG

I, KEVIN LONG, declare and state as follows:

1. I am over 21 years of age and am in all respects competent to make this Declaration. The following statements are true to the best of my knowledge, information, and belief, formed after reasonable inquiry. If called upon to testify, I would testify in a manner consistent with this Declaration.

2. I am the former CEO of Millcreek Commercial Properties, LLC ("Millcreek").

3. During January 2025, I terminated Parr Brown Gee & Loveless's ("Parr Brown") representation of Millcreek and instructed Parr Brown (and all of Parr Brown's attorneys) to withdraw from representing Millcreek in all pending litigation to which Millcreek is a party.

5. Millcreek does not currently intend to engage new counsel in any pending cases to which Millcreek is a party.

6. I am aware that as an entity, Millcreek cannot represent itself in any pending lawsuits and must either obtain replacement counsel or risk default being entered against it.

I declare under penalty of perjury of the laws of the United States and the State of Utah that the foregoing is true and correct.

EXECUTED this 14 February 2025.

                                                              */s/:Kevin Long*