UNITED STATES DISTRICT COURT
for the
DISTRICT OF IDAHO

| | |
|---|---|
| DANA KYLE DEVLIN, an individual; HILDA ARLINE DEVLIN, an individual; ESTATE OF LILLIAN PHILLIPS, BY NANCY MULICK, PERSONAL REPRESENTATIVE, an individual; SCOTT CORWIN, an individual; ANNA CORWIN, an individual; CANYON TREE REVOCABLE TRUST DATED FEB. 13, 2015, SCOTT M. CORWIN AND ANNA M. CORWIN, TRUSTEES a Wyoming trust; MARK D. HARRINGTON, an individual; et al.<br><br>*Plaintiff*<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., a Canadian corporation; MILLCREEK COMMERCIAL PROPERTIES, LLC, a Utah limited liability company; MILLROCK INVESTMENT FUND 1, LLC, a Utah limited liability company; KGL ADVISORS, LLC, a Utah limited liability company; KEVIN LONG, an individual; BRENT SMITH, an individual; ANDREW BELL, an individual; et al.<br><br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-00457-DCN<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SERVICE**

I, Carlos Velasquez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Millrock Investment Fund 1, LLC in Utah County, UT on February 7, 2025 at 12:16 pm at 3300 Triumph Boulevard, Suite 100, Lehi, UT 84043 by leaving the following documents with Brent Smith who as Registered Agent is authorized by appointment or by law to receive service of process for Millrock Investment Fund 1, LLC.

Complaint
Cover Sheet
Attachment 2 to First Amended Summons In A Civil Action
Summons

Additional Description:
"B.Smith" came to the front desk and confidently received the document after the receptionist paged him via telephone.

White Male, est. age 25-34, glasses: N, Brown hair, 180 lbs to 200 lbs, 6' 3" to 6' 6".
Geolocation of Serve: https://google.com/maps?q=40.429781,-111.879121
Photograph: See Exhibit 1


Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in     Salt Lake County    ,     UT     on     2/17/2025    .

/s/ *Carlos Velasquez*
Signature
Carlos Velasquez
+1 (801) 671-0361

