UNITED STATES DISTRICT COURT
for the
DISTRICT OF IDAHO

| | |
|---|---|
| DANA KYLE DEVLIN, an individual; HILDA ARLINE DEVLIN, an individual; ESTATE OF LILLIAN PHILLIPS, BY NANCY MULICK, PERSONAL REPRESENTATIVE, an individual; SCOTT CORWIN, an individual; ANNA CORWIN, an individual; CANYON TREE REVOCABLE TRUST DATED FEB. 13, 2015, SCOTT M. CORWIN AND ANNA M. CORWIN, TRUSTEES a Wyoming trust; MARK D. HARRINGTON, an individual; et al.<br><br>*Plaintiff*<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., a Canadian corporation; MILLCREEK COMMERCIAL PROPERTIES, LLC, a Utah limited liability company; MILLROCK INVESTMENT FUND 1, LLC, a Utah limited liability company; KGL ADVISORS, LLC, a Utah limited liability company; KEVIN LONG, an individual; BRENT SMITH, an individual; ANDREW BELL, an individual; et al.<br><br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-00457-DCN<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SERVICE**

I, Carlos Velasquez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to KGL Advisors, LLC in Utah County, UT on February 7, 2025 at 1:15 pm at 1333 Valley Grove Way, #275, Pleasant Grove, UT 84062 by leaving the following documents with Iliana Stocco who as Office Administrator is authorized by appointment or by law to receive service of process for KGL Advisors, LLC.

First Amended Complaint
Cover Sheet
Attachment 2 to First Amended Summons In A Civil Action
Summons

Additional Description:
The Office Administrator declared "K.Long" was not there, and asserted authority to receive service of process.

White Female, est. age 35-44, glasses: Y, Blonde hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.3483390506,-111.7611373958
Photograph: See Exhibit 1


Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

____Salt Lake County_____,

____UT____ on ___2/17/2025_____.

/s/ *Carlos Velasquez*
Signature
Carlos Velasquez
+1 (801) 671-0361



Exhibit 1a)



